No. 84–9. MASSACHUSETTS MUTUAL LIFE INSURANCE CO. ET AL. v. RUSSELL. C. A. 9th Cir. Motions of American Council of Life Insurance and Health Insurance et al., Construction Laborers Pension Trust for Southern California et al., Alaska Fishermen's Union—Salmon Canners Pension Trust et al., Southern California Pipe Trades Trust Funds et al., and Board of Trustees of the Carpenters Health and Welfare Trust Fund for California et al. for leave to file briefs as *amici curiae* granted. Certiorari granted.

No. 83–6663. FUGATE v. NEW MEXICO. Sup. Ct. N. M. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 83–6766. HAYES v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 84–5004. BALL v. UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 83–1386. LEGGETT, COLLECTOR OF REVENUE IN THE CITY OF ST. LOUIS, ET AL. v. LIDDELL ET AL.;
No. 83–1721. MISSOURI ET AL. v. LIDDELL ET AL.; and
No. 83–1838. NORTH ST. LOUIS PARENTS AND CITIZENS FOR QUALITY EDUCATION ET AL. v. LIDDELL ET AL. C. A. 8th Cir. Certiorari denied. Reported below: 731 F. 2d 1294.

No. 83–1459. PIEDMONT PUBLISHING CO., INC., ET AL. v. COCHRAN. Ct. App. N. C. Certiorari denied.

No. 83–1481. PUNIKAIA ET AL. v. CLARK, DIRECTOR, DEPARTMENT OF HEALTH FOR HAWAII. C. A. 9th Cir. Certiorari denied.

No. 83–1499. O'BRIEN v. PENNSYLVANIA STATE EMPLOYEES' RETIREMENT SYSTEM. Sup. Ct. Pa. Certiorari denied.